KATHERINE SADRAKULA, as Administratrix of the Estate of NICHOLAS SADRAKULA, Deceased, Respondent, *v.* JAMES STEWART & Co., INC., Appellant.

Argued March 2, 1939; decided April 4, 1939.

*Clarence E. Mellen* and *Frederick Mellor* for appellant.

*Leo Fixler* for respondent.

Judgment affirmed, with costs; no opinion. (See 280 N. Y. 730.)

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.